70 P.3d 663

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 30, 2002**

| 24130 | State v. Lee | Affirmed |
|---|---|---|

**November 1, 2003**

| 23858 | Doe Children, In re | Vacated and Remanded |
|---|---|---|

**May 20, 2003**

| 24255 | Morrison v. State | Affirmed |
|---|---|---|

**May 21, 2003**

| 24929 | State v. Galo | Affirmed |
|---|---|---|

**May 22, 2003**

| 24569 | State v. Montibon | Affirmed |
|---|---|---|

**May 30, 2003**

| 24901, 24968, 24969, 24970, 24971, 25301 | State v. Turner | Affirmed in part and Reversed in part |
|---|---|---|

**June 9, 2003**

| 24764 | Blaisdell v. State | Affirmed |
|---|---|---|